# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

March 22, 2024

| | |
|---|---|
| No. 24-1437 | CUTBERTO VIRAMONTES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>COUNTY OF COOK, et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No. 1:21-cv-04595
Northern District of Illinois, Eastern Division
Court Reporter Frances Ward
District Judge Rebecca R. Pallmeyer
Clerk/Agency Rep Thomas G. Bruton

Case filed: 03/22/2024
Case type: cv/pri
Fee status: Paid
Date of Judgment: 03/01/2024
Date NOA filed: 03/15/2024

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 24-1437 | Firearms Policy Coalition | Transcript information sheet | 04/05/2024 |
| 24-1437 | Christopher Khaya | Transcript information sheet | 04/05/2024 |
| 24-1437 | Second Amendment Foundation, Incorporated | Transcript information sheet | 04/05/2024 |

| | | | |
|---|---|---|---|
| 24-1437 | Cutberto Viramontes | Transcript information sheet | 04/05/2024 |
| 24-1437 | Firearms Policy Coalition | Appellant's brief | 05/01/2024 |
| 24-1437 | Christopher Khaya | Appellant's brief | 05/01/2024 |
| 24-1437 | Second Amendment Foundation, Incorporated | Appellant's brief | 05/01/2024 |
| 24-1437 | Cutberto Viramontes | Appellant's brief | 05/01/2024 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!

If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice** (form ID: **108**)