# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 22, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 24-1437

Caption:
CUTBERTO VIRAMONTES, et al.,
Plaintiffs - Appellants

v.

COUNTY OF COOK, et al.,
Defendants - Appellees

District Court No: 1:21-cv-04595
Court Reporter Frances Ward
District Judge Rebecca R. Pallmeyer
Clerk/Agency Rep Thomas G. Bruton

Date NOA filed in District Court: 03/15/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)