No. 24-1437

**IN THE**
**UNITED STATES COURT OF APPEALS FOR THE**
**SEVENTH CIRCUIT**

| | | |
|---|---|---|
| Cutberto Viramontes, et al., | ) | Appeal from the United States |
| | ) | District Court, Northern District of |
| Plaintiffs-Appellants, | ) | Illinois, Eastern Division |
| | ) | |
| v. | ) | No. 21-cv-04595 |
| | ) | |
| The County of Cook, et al., | ) | The Honorable, |
| | ) | Rebecca R. Pallmeyer, |
| Defendants-Appellees. | ) | Chief Judge Presiding. |
| | ) | |

**APPEARANCE**

I hereby enter my appearance as counsel of record for defendants-appellees COUNTY OF COOK, TONI PRECKWINKLE, KIMBERLY M. FOXX, and THOMAS DART in the above-entitled case.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:     s/ Prathima Yeddanapudi
**Prathima Yeddanapudi**
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5463
Prathima.Yeddanapudi@cookcountysao.org

**CERTIFICATE OF SERVICE**

The foregoing APPEARANCE has been electronically filed on March 26, 2024. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on March 26, 2024.


s/ Prathima Yeddanapudi
**Prathima Yeddanapudi**