No. 24-1437

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al., | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiffs-Appellants, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) No. 21-cv-4595 |
| THE COUNTY OF COOK, et al., | ) |
| | ) The Honorable |
| Defendants-Appellees. | ) Rebecca R. Pallmeyer, |
| | ) Judge Presiding. |

**DOCKETING STATEMENT OF DEFENDANTS-APPELLEES**

The docketing statement of plaintiffs-appellants Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs"), is not complete and correct. Pursuant to Circuit Rule 3(c)(1), defendants-appellees The County of Cook, Cook County Board President Toni Preckwinkle, Cook County State's Attorney Kimberly M. Foxx, and Cook County Sheriff Thomas J. Dart (collectively, "the County") submit the following docketing statement.

I.   **District Court Jurisdiction**

On August 27, 2021, Plaintiffs and Rubi Joyal filed this suit in the district court, alleging violations of their Second Amendment rights pursuant to 42 U.S.C. §

1

1983. R.1.[1] The district court had jurisdiction over those claims pursuant to 28 U.S.C. § 1331.

## II.   Appellate Jurisdiction

On April 25, 2022, the district court granted Joyal's motion to voluntarily dismiss his claims without prejudice, R. 34, over the County's objection that the dismissal should be with prejudice, R. 32.  On March 1, 2024, the district court granted summary judgment for the County on Plaintiffs' claims. R. 129, and entered judgment against Plaintiffs the same day, R. 130.  Plaintiffs filed a notice of appeal from the district court's summary judgment ruling on March 15, 2024.  R. 131.

This court lacks jurisdiction over this appeal, for lack of the final judgment required by 28 U.S.C. § 1291.  As noted above, the district court voluntarily dismissed Joyal's claims without prejudice, over the County's objection that they should be dismissed with prejudice. R. 34.  That is presumptively fatal to this court's jurisdiction, since it is well settled that there is no final appealable judgment when the district court has voluntarily dismissed some claims without prejudice, because such a practice would lead to impermissible piecemeal interlocutory appeals. *Arrow Gear Co. v. Downers Grove Sanitary Dist.*, 629 F.3d 633, 636 (7th Cir. 2010) (collecting authority).  While that presumption can be overcome by showing that a dismissal *nominally* without prejudice is *effectively* with prejudice – for example, by showing that the statute of limitations would bar the refiling of the dismissed claim, or that the plaintiff agrees that the dismissal may be modified to be with prejudice, *id.* at

---

[1]  We cite the district court record as "R.___."

636-37 – the party invoking federal jurisdiction bears the burden of demonstrating its existence, *Farnik v. FDIC*, 707 F.3d 717, 721 (7th Cir. 2013), and Plaintiffs do not even acknowledge that Joyal's claims were dismissed without prejudice, let alone say anything about why that dismissal should be treated as being with prejudice. Accordingly, this court should issue Plaintiffs a rule to show cause why this appeal should not be dismissed for lack of jurisdiction, for lack of a final judgment as to all parties and all claims, and stay briefing pending the resolution of this issue.

### III. No Prior Related Appellate Proceedings

There are no prior, related, or collateral appellate proceedings.

### IV. Additional Requirements of Circuit Rule 3(c)(1)

Toni Preckwinkle, Kimberly M. Foxx, and Thomas J. Dart were all sued in their official capacities, and all remain the holders of their respective offices. This case does not involve any criminal convictions or any collateral attack on a criminal conviction. We are not aware of Plaintiffs having been assessed a "strike" under 28 U.S.C. § 1915(g).

Respectfully submitted,

KIMBERLY M. FOXX
State Attorney of Cook County

By:  */s/ JESSICA SCHELLER*
JESSICA SCHELLER
Division Chief, Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6934
Jessica.Scheller@cookcountysao.org

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Jessica Scheller*
                                              JESSICA SCHELLER