# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 18, 2024

**By the Court:**

| | |
|---|---|
| No. 24-1437 | |
| | Appeal from the United |
| CUTBERTO VIRAMONTES, et al., | States District Court for |
| *Plaintiffs - Appellants,* | the Northern District of Illinois, |
| | Eastern Division. |
| v. | |
| | No. 1:21-cv-04595 |
| COUNTY OF COOK, et al., | |
| *Defendants - Appellees.* | Rebecca R. Pallmeyer, |
| | *Chief Judge.* |

**O R D E R**

On consideration of the Jurisdictional Memorandum filed by appellants on April 17, 2024,

IT IS ORDERED that appellees file, on or before April 26, 2024, a response to appellants' filing, addressing the jurisdictional issue raised in the court's order of April 4, 2024.