# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 15, 2024

**By the Court:**

| | |
|---|---|
| No. 24-1437 | |
| | Appeal from the United |
| CUTBERTO VIRAMONTES, et al., | States District Court for |
| *Plaintiffs - Appellants,* | the Northern District of Illinois, |
| | Eastern Division. |
| v. | |
| | No. 1:21-cv-04595 |
| COUNTY OF COOK, et al., | |
| *Defendants - Appellees.* | Rebecca R. Pallmeyer, |
| | *Chief Judge.* |

## O R D E R

This matter comes before the court on consideration of the jurisdictional memoranda filed by the parties on April 17, 2024, and April 26, 2024. In their memorandum, appellants report the following: "Plaintiffs-Appellants' counsel has discussed the case with Joyal, and Joyal has agreed to convert his dismissal to one with prejudice, so the Court's jurisdiction is indisputably secure." Appellees responded, stating "Joyal's fully-informed agreement to convert his dismissal without prejudice into a dismissal with prejudice should suffice to make the judgment final and appealable." Accordingly,

IT IS ORDERED that this appeal shall proceed to briefing.

The briefing schedule is as follows:

1. The appellants shall file their joint brief and required short appendix on or before June 24, 2024.

-over-

2. The appellees shall file their joint brief on or before July 24, 2024.

3. The appellants shall file their joint reply brief, if any, on or before August 14, 2024.

**Important Scheduling Notice!**

**Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case.** *See* **Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances.** *See* **Cir. R. 34(b)(4), (e).**