No. 24-1437

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Cutberto Viramontes, et al., | ) Appeal from the United States |
| | ) District Court, Northern |
| Plaintiffs-Appellants, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) No. 21-cv-04595 |
| The County of Cook, et al., | ) |
| | ) The Honorable, |
| Defendants-Appellees. | ) Rebecca R. Pallmeyer, |
| | ) Chief Judge Presiding. |

## APPEARANCE

I hereby enter my appearance as counsel of record for defendants-appellees COUNTY OF COOK, TONI PRECKWINKLE, KIMBERLY M. FOXX, and THOMAS DART in the above-entitled case.

    Respectfully submitted,

    KIMBERLY M. FOXX
    State's Attorney of Cook County

By:   s/ Megan Honingford
    **Megan Honingford**
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-3630
    megan.honingford@cookcountysao.org

## CERTIFICATE OF SERVICE

 The foregoing APPEARANCE has been electronically filed on March 26, 2024. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on July 17, 2024.

          <u>s/ Megan Honingford</u>
          **Megan Honingford**