No. 24-1437

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al.<br><br>    Plaintiffs-Appellants,<br><br>  v.<br><br><br><br>COOK COUNTY, et al.<br><br>    Defendants-Appellees. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br>No. 21 C 4595<br><br>The Hon. Rebecca R. Pallmeyer, District Judge Presiding |

## MOTION TO EXTEND TIME

Defendants-Appellees County of Cook, Toni Preckwinkle, Kimberly M. Foxx, and Thomas Dart move to extend the time to file their response brief from July 24, 2024 to August 28, 2024. A declaration in support of this motion is attached.

                                                          Respectfully submitted,

                                                          KIMBERLY M. FOXX
                                                          State's Attorney of Cook County

                                          By: s/Megan M. Honingford
                                              Megan M. Honingford
                                              Assistant State's Attorney
                                              500 Richard J. Daley Center
                                              Chicago, Illinois  60602
                                              (312) 603-3630

# DECLARATION

I, Megan M. Honingford, state that I am an Assistant State's Attorney and am an attorney assigned to represent Defendants-Appellees in the above-captioned case, and have knowledge of the following.

1. Defendants-Appellees' response brief is currently due on July 24, 2024. This is our first request for an extension of time to file our brief.

2. This case involves an extensive factual record and an unusual procedural history. During the course of the litigation, the United States Supreme Court decided a landmark case in Second Amendment law, and this Court considered and decided *Herrera v. Raoul,* case no. 23-1793, which presented a challenge to the same ban at issue here. *See Bevis v. City of Naperville*, 85 F.4th 1175 (7th Cir. 2023). This context, as well as the subject matter of this case, requires extensive and careful briefing.

3. In addition, three days prior to the filing of Plaintiffs-Appellants' brief, the United States Supreme Court issued its opinion in *United States v. Rahimi,* 2024 U.S. LEXIS 2714 (June 21, 2024), Case No. 22-915. In Defendants' view, *Rahimi* is significant to this case, and Defendants wish to allow time to present the Court with a proper analysis of the Supreme Court's opinion and argument incorporating all relevant points.

4. The State's Attorney's Office maintains an extensive and rigorous review process for all appellate briefs and particularly in matters such as the instant

case where the potential outcome could have a significant and widely applicable impact.

5. While we have worked diligently to prepare our analysis and draft the appellee brief, more time is required to complete our drafting and allow time for a full review by all members of the supervisory team.

6. We notified Plaintiffs-Appellants' counsel that we would be seeking this extension. Counsel does not oppose this motion.

7. For the above reasons, we respectfully request an extension of time to August 28, 2024, to file our response brief in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2024.

/s/Megan M. Honingford  
Megan M. Honingford

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Megan Honingford
**Megan Honingford**