## OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602
(312) 603-5440

JESSICA M. SCHELLER
DEPUTY CHIEF
CIVIL ACTIONS BUREAU

Direct: (312) 603-6934
Jessica.Scheller@cookcountysao.org

August 30, 2024

Christopher Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

VIA E-FILING

***Re:*** ***Viramontes v. County of Cook,*** **No. 24-1437**

Dear Mr. Conway:

I am lead counsel for appellees in this matter and will be presenting oral argument on their behalf. I write to request that argument not be scheduled on the following dates:

- September 18, 2024; October 10-14, 2024; November 20, 2024; and December 18, 2024, due to preexisting obligations relating to meetings of the Cook County Board;
- October 21-24, 2024, due to my expected testimony at a trial;
- November 8, 2024, due to preplanned travel for the Veteran's Day holiday.

Thank you for your consideration of this request.

Sincerely,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jessica Scheller*
Jessica Scheller
Deputy Chief, Civil Actions Bureau
jessica.scheller@cookcountysao.org
(312)603-6934

## CERTIFICATE OF SERVICE

The foregoing argument availability notice has been electronically filed on August 30, 2024. I certify that I have caused the foregoing notice to be served on all counsel of record via CM/ECF electronic notice on August 30, 2024.

*/s/ Jessica Scheller*
Jessica Scheller