No. 24-1437

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CUTBERTO VIRAMONTES, *et al.*,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>COOK COUNTY, *et al.*,<br><br>*Defendants-Appellees*. | On Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br>No. 21 C 4595<br><br>The Hon. Rebecca R. Pallmeyer, District Judge Presiding |

**MOTION TO EXTEND TIME**

Plaintiffs-Appellants Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, Inc. and Firearms Policy Coalition respectfully move to extend the time to file their reply brief from September 18, 2024 to October 18, 2024. A declaration in support of this motion is attached.

By: /s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

1

# DECLARATION

I, William V. Bergstrom, state that I am an attorney representing Plaintiffs-Appellants in the above-captioned case, and have knowledge of the following.

1. Plaintiffs-Appellants' reply brief is currently due September 18, 2024. This is our first request for an extension of time to file our reply.

2. As Appellees noted in their own motion, this case involves the application of several precedents decided during the course of litigation in this case, including *Bevis v. City of Naperville*, 85 F.4th 1175 (7th Cir. 2023) and *United States v. Rahimi*, 144 S. Ct. 1889 (2024) and requires extensive and careful briefing.

3. In addition, counsel for Appellants faces a press of other obligations in the period before their brief is due, including:

   - Summary judgment oral argument in *Christian v. Nigrelli*, No. 1:22-cv-00695 (W.D.N.Y) on September 12, 2024.

   - Trial in *Harrel v. Raoul*, No. 3:23-cv-00141 (Lead case: No. 3:23-cv-00209), beginning September 16, 2024 and currently expected to continue through that week.

4. Counsel also faces obligations in the period immediately after their brief is due, for which they must prepare, including:

   - Oral argument in *Fort v. Grisham*, Nos. 23-2166, 23-2167, and 23-2185 (10th Cir.) on September 25, 2024.

   - Oral argument in *VanDerStok v. Garland*, No. 23-852 (U.S.) on October 8, 2024.

5. Appellants have worked diligently to prepare for their reply brief, but more time is required to respond and permit counsel to attend to these other obligations.

6. Appellees have been notified of this request and do not oppose this motion.

7. For the above reasons, we respectfully request an extension of time to October 18, 2024, to file our reply brief in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ William V. Bergstrom
William V. Bergstrom

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/David H. Thompson
David H. Thompson
