# Cooper & Kirk

### Lawyers
A Professional Limited Liability Company

Peter A. Patterson
ppatterson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

September 3, 2024

**VIA ELECTRONIC FILING**
Christopher Conway, Clerk
United States Court of Appeals
  for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      **Re:**    ***Viramontes v. County of Cook*, No 24-1437**

Dear Mr. Conway,

      I am counsel for appellants in this matter and plan to present oral argument on their behalf. I am writing to request that argument not be scheduled on the following dates due to preexisting obligations in other matters and family commitments:

- September 16-19, 24-27
- October 1-2, 28
- November 15
- February 19-20

Thank you for your consideration of this request.

                    Sincerely,

                    s/Peter A. Patterson
                    Peter A. Patterson
                    COOPER & KIRK PLLC
                    1523 New Hampshire Ave., N.W.
                    Washington, DC 20036
                    ppatterson@cooperkirk.com
                    Tel: (202) 220-9600
                    Fax: (202) 220-9601

                    *Attorney for Appellants*

## CERTIFICATE OF SERVICE

The foregoing argument availability notice has been electronically filed on September 3, 2024. I certify that I have caused the foregoing notice to be served on all counsel of record via CM/ECF on September 3, 2024.

s/Peter A. Patterson
Peter A. Patterson