# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 3, 2024

*By the Court:*

| No. 24-1437 | CUTBERTO VIRAMONTES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>COUNTY OF COOK, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-04595<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

Upon consideration of the **MOTION TO EXTEND TIME**, filed on September 3, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and the reply brief of the appellants, if any, is due on or before October 18, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)