# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 16, 2024

*By the Court:*

| No. 24-1437 | CUTBERTO VIRAMONTES, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> COUNTY OF COOK, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-04595 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer ||

Because this appeal has been scheduled for oral argument on November 12, 2024, both the electronic filing and the paper copies of the appellants' reply brief must be received on its due date.

form name: **c7_Order_BTC**     (form ID: **178**)