# OFFICE OF THE STATE'S ATTORNEY
## Cook County, Illinois

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602
(312) 603-5440

**JESSICA M. SCHELLER**
ASSISTANT STATE'S ATTORNEY

DIRECT: (312) 603-6934
FAX:     (312) 603-3000
Jessica.Scheller@cookcountysao.org

November 8, 2024

Christopher G. Conway
Clerk of the Court
United States' Court of Appeals for the Seventh Circuit
219 S. Dearborn Street
Chicago, IL 60604

VIA E-FILING

> Re:   *Viramontes v. County of Cook*, **No. 24-1437, response to letter submitted pursuant to Fed. R. App. P. 28(j).**

Mr. Conway:

Viramontes cites *Hanson v. Smith*, No. 23-7061, 2024 U.S. App. LEXIS 27357 (D.C. Cir. Oct. 29, 2024), as supplemental authority. 7R. 49. This is most perplexing since *Hanson* ultimately held that a restriction on large-capacity magazines was likely constitutional because it was consistent with this nation's history and traditions regarding extraordinarily lethal weapons, particularly since such magazines implicate "an unprecedented societal concern: mass shooting." 2024 U.S. App. LEXIS 27357 at *21-*33.

How magazines that *Hanson* recognized are "extraordinarily lethal" when "used *in combination with semiautomatic firearms*, increasing the number of individuals killed in mass shootings and other criminal activity," 2024 U.S. App. LEXIS 27357, at *43 (emphasis added), could be extraordinarily lethal, yet not the semiautomatic firearms themselves, Viramontes has no conceivable explanation. Reflecting this fact, Viramontes closes his letter with an argument not how the judgment in *Hanson* supports the entry of judgment in his favor here, but how it "ultimately erred." 7R. 49 at 1. If anything, *Hanson* only provides further support for the judgment here, as Viramontes surely must realize, despite his futile protestations to the contrary.

Sincerely,

                    KIMBERLY M. FOXX
                    State's Attorney of Cook County

By:    */s/ Jessica M. Scheller*
        Jessica M. Scheller
        Assistant State's Attorney
        (312) 603-6934

## CERTIFICATE OF COMPLIANCE

I certify that the above letter complies with the word limitation provided in Fed. R. App. P. 28(j). The body of this letter, beginning with "Plaintiffs" and ending with "used," contains [word count, must be less than 350] words as recorded by the word count of the Microsoft Word word-processing system used to prepare the letter.

*/s/ Jessica M. Scheller*
Jessica M. Scheller

## CERTIFICATE OF SERVICE

The foregoing response to Rule 28(j) letters has been electronically filed on November 8, 2024. I certify that I have caused the foregoing response to be served on all counsel of record via CM/ECF electronic notice on November 8, 2024.

*/s/ Jessica M. Scheller*
Jessica M. Scheller