No. 24-1437

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al.<br><br>　　Plaintiffs-Appellants,<br><br>　v.<br><br>COOK COUNTY, et al.<br><br>　　Defendant-Appellee. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 21 CV 4595<br><br>The Honorable Rebecca R. Pallmeyer, District Judge, Presiding |

**BILL OF COSTS**

Defendants-Appellees hereby submit their Bill of Costs pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and this court's order of June 2, 2025, which awarded costs to Defendants-Appellees:

1. Cost of copying Brief of Defendants-Appellees:

    10 copies of 64 pages at $.10 per page:　　　　　　　$64.00

2. Cost of binding Brief of Defendants-Appellees:

    10 copies at $2.00 each:　　　　　　　　　　　　　$20.00

3. Cost of cover of Brief of Defendants-Appellees:

    10 copies at $2.00 each:　　　　　　　　　　　　　$20.00

The total cost to Defendants-Appellees of copying and binding their brief was $104.00. The brief was copied and bound in-house at the Daley Center.

1

WHEREFORE, Defendants-Appellees respectfully request that their costs in the amount of $104.00 be allowed.

DATED: June 5, 2025

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By: /s/ Jessica M. Scheller
Jessica M. Scheller
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6934

## DECLARATION

I, Jessica M. Scheller, state that I am the Deputy Chief of the Civil Actions Bureau of the Cook County State's Attorney's Office and one of the Assistant State's Attorneys who represented Defendants-Appellees in this case, that I prepared the foregoing BILL OF COSTS, and that the costs listed therein were incurred. I further state that the rates for costs of binding and copying used in this Bill of Costs are the rates that the Office of the Clerk of the United States Court of Appeals for the Seventh Circuit has stated are standard rates. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 5, 2025

/s/ *Jessica M. Scheller*
Jessica M. Scheller, Attorney

## CERTIFICATE OF SERVICE

      The foregoing BILL OF COSTS has been electronically filed on June 5, 2025. I hereby certify that I have caused the foregoing BILL OF COSTS to be served on all counsel of record via CM/ECF electronic notice on June 5, 2025.

                                                       */s/Jessica M. Scheller*
                                                       Jessica M. Scheller