No. 24-1437

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al.<br>Plaintiffs-Appellants,<br>v.<br>COOK COUNTY, et al.<br>Defendants-Appellees. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br>No. 21 CV 4595<br>The Honorable Rebecca R. Pallmeyer, District Judge, Presiding |

## NOTICE OF CHANGE IN PUBLIC OFFICE

Pursuant to Circuit Rule 43, notice is hereby given to this court that Kimberly M. Foxx, who was sued in her official capacity as State's Attorney of Cook County, no longer holds the office of State's Attorney of Cook County. That office is now held by Eileen O'Neill Burke.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By: *s/ Jessica M. Scheller*
Jessica M. Scheller
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6934
jessica.scheller@cookcountysao.org

## CERTIFICATE OF SERVICE

The foregoing Notice of Change in Public Office has been electronically filed on June 6, 2025. I certify that I have caused the foregoing Notice of Change in Public Office to be served on all counsel of record via CM/ECF electronic notice on June 6, 2025.

s/ Jessica M.Scheller
Jessica M. Scheller