# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## BILL OF COSTS

June 24, 2025

Taxed in Favor of: **Appellee Eileen O'Neill Burke ; Appellee County of Cook ; Appellee Thomas J. Dart ; Appellee Toni Preckwinkle**

| | |
|---|---|
| No. 24-1437 | CUTBERTO VIRAMONTES, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> COUNTY OF COOK, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-04595 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer ||

The mandate or agency closing letter issued in this cause on June 2, 2025.

BILL OF COSTS issued in the amount of: $104.00.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | _____ |
|   |   | TOTAL: | 104.00 |

form name: **c7_BillOfCosts**   (form ID: **140**)