# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 29, 2025

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: Cutberto Viramontes, et al.
v. Cook County, Illinois, et al.
No. 25-238
(Your No. 24-1437)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 27, 2025 and placed on the docket August 29, 2025 as No. 25-238.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst