# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 30, 2026

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re: Cutberto Viramontes, et al.
v. Cook County, Illinois, et al.
No. 25-238 (VIDED)
(Your No. 24-1437)

Dear Clerk:

The Court today entered the following order in the above-entitled cases:

The petitions for writs of certiorari are granted as to the question presented by the petition in No. 25-238. The cases are consolidated, and a total of one hour is allotted for oral argument.

.

Sincerely,

**Scott S. Harris**, Clerk