# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RECORD FOR CERTIORARI TRANSMITTAL FORM

September 21, 2026

TO: Clerk of Court
Supreme Court of the United States
1 First Street N.E.
Washington, DC 20543

| | |
|---|---|
| No. 24-1437 | CUTBERTO VIRAMONTES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>COUNTY OF COOK, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-04595<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

Pursuant to a request from the Supreme Court of the United States dated September 18, 2026, Supreme Court Case Number: 25-238, I, Christopher G. Conway, Clerk of Court of the United States Court of Appeals for the Seventh Circuit, do hereby certify that the foregoing contains a true copy of the appellate record.

See document nos. 14, 20, 27, 29, 32, 35, 43, 55, 56.

This Court, by copy of this document, requests the District Court to certify and transmit immediately the entire record (including transcripts) not available on PACER. See the included letter from the Supreme Court for further instructions.

IN TESTIMONY WHEREOF

I hereunto subscribe my name and affix the seal of said United States Court of Appeals for the Seventh Circuit, this 21st day of September, 2026.

s/ValerieGigante

Deputy Clerk, United States Court of Appeals for the Seventh Circuit

**cc:** Thomas G. Bruton

form name: **c7_Cert_Roa_Trans** (form ID: **181**)