# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 24, 2025

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 24-1437 | CUTBERTO VIRAMONTES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>COUNTY OF COOK, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-04595<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 104.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 06/02/2025 |
| RECORD ON APPEAL STATUS: | No record to be returned |