# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

June 24, 2025

Taxed in Favor of: **Appellee Eileen O'Neill Burke ; Appellee County of Cook ; Appellee Thomas J. Dart ; Appellee Toni Preckwinkle**

| | |
|---|---|
| No. 24-1437 | CUTBERTO VIRAMONTES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>COUNTY OF COOK, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-04595<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

The mandate or agency closing letter issued in this cause on June 2, 2025.

BILL OF COSTS issued in the amount of: $104.00.

| | | **Cost of Each Item** | **Total Cost Each Item** |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | ______ | ______ |
| 2. | For reproduction of any record or paper, per page: | ______ | ______ |
| 3. | For reproduction of briefs: | ______ | ______ |
| | | TOTAL: | 104.00 |

form name: **c7_BillOfCosts** (form ID: **140**)